UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| RICHARD RIDGEWAY d/b/a UNITED WE COLLECTION and UNITED WE NETWORK,<br><br>PLAINTIFF,<br><br>vs.<br><br>THE PANTRY, INC., NOVELTY, INC., AND EARLINA FRENCH,<br><br>DEFENDANTS. | CIVIL ACTION NO.: _____<br><br>L.R. 26.01 Answers to Interrogatories<br><br>JURY TRIAL REQUESTED |

TO:     THE DEFEDANTS ABOVE NAMED

The Plaintiff, Richard Ridgeway d/b/a UNITED WE COLLECTION and UNITED WE NETWORK, by and through his undersigned attorney, hereby responds to Local Rule 26.01 Interrogatories as follows:

A.     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE**: Neither Plaintiff, nor Plaintiff's counsel, is aware of any subrogation interest at this time, but hereby reserves the right to supplement his response in the future should information become available.

B.     As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE**: The Plaintiff's claims against the Defendants arise out of Trademark Infringement and Battery involving two corporate entities infringing on the rights of an individual and as such, are best tried by a jury.

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE**: No and/or not applicable.

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE**: This action was filed in the Florence Division because the incidents as alleged in the Complaint took place in Horry County.

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.

**RESPONSE**: This case is not related in whole or in part to any other matter filed in this District.

F. If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:** Not applicable.

G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE:** Not applicable

Signed at North Myrtle Beach, South Carolina this second day of April, 2010

/s Daniel A. Selwa, II
Daniel A. Selwa, II
Attorney At Law, L.L.C.
905 Sea Mountain Highway, Suite 4
North Myrtle Beach, SC 29582
selwa@sclawyers.net
(843) 450-7566

Attorney for Plaintiff
Bar Number 9642